IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Stephen Christopher Wright )<br>)<br>Plaintiff(s) )<br>v. )<br>)<br>)<br>)<br>Oklahoma State of )<br>Defendant(s) ) | CIV-20-287-JD |

April 1, 2020

Enter Order:

In accordance with 28 U.S.C. §636, the Motion for in forma pauperis is hereby referred to Magistrate Judge Gary M. Purcell for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

by: s/E. Morrow
Deputy Court Clerk

*Revised 3/20/19 EM*