IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

STEPHEN CHRISTOPHER WRIGHT,       )
                                  )
            Plaintiff,            )
                                  )
v.                                )          CIV-20-287-JD
                                  )
OKLAHOMA STATE OF,                )
                                  )
            Defendant.            )

## Order Granting Application
## to Proceed In District Court Without Prepaying Fees or Costs

Upon consideration of the Application to Proceed In District Court Without Prepaying Fees or Costs, the undersigned finds that the applicant is financially unable to prepay the fees, costs or give security therefor of said proceeding.   The Application to Proceed In District Court Without Prepaying Fees or Costs is GRANTED.   Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

IT IS SO ORDERED this ___1st___ day of ____April, 2020.


GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE