IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

STEPHEN CHRISTOPHER WRIGHT, )
)
          Plaintiff, )
)
v. )    Case No.  Case No. CIV -20-287
)
The State of Oklahoma )
)
          Defendant. )

FILED
APR 14 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____, DEPUTY

### PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

The Plaintiffs respectfully moves the court to grant a Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure
This motion should be approved because:

1. The Plaintiff is likely to succeed on the merits of his claims
2. The Plaintiff is likely to suffer irreparable harm without preliminary relief
3. It is in the public interest
4. The Plaintiff has moved to join The Oklahoma State Election Board and Kevin Stitt to this case as Defendant(s) in other motions that have yet to be heard.
5. The Plaintiff attempted many times to contact both The Oklahoma State Election Board and Kevin Stitt in an effort to avoid litigation prior to these filings.
6. The Plaintiff was physically stopped from depositing his Application for Candidacy by the Oklahoma State Election Board on April 10th, 2020.
7. The Plaintiff's Application for Candidacy was denied by the Oklahoma State Election Board on the basis that neither filing fee nor other voter's signatures were accompanied with the Application for Candidacy.
8. The subject matter of this case is that the filing fees discriminate against the paupers group of people, and that executive orders are blocking signature gathering. It was within the power of Kevin Stitt's position as governor to suspend these requirements for running for office while the stay at home and social distancing orders were in effect, instead he chose not to and in doing so blocked the only avenue the paupers have to run for office.
9. The deadline to file for Candidacy in Oklahoma was on April 10th 2020
10. The Defendant(s) actions have successfully barred the Plaintiff from running for public office due to his financial status.

*Stephen Wright*