IN The United States District Court for the
Western District of Oklahoma

Stephen Wright
  plaintiff,

v.

The State of Oklahoma
  Defendant,

**FILED**
APR 14 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

Case No. CW-20-287

## Plaintiff's Motion for Alternative Service

The Plaintiff moves the court to serve the defendant Pursant to the Federal Rule of Civil Procedure 4(c)(3)

The Plaintiff apologizes for handwriting this motion

*Stephen Wright*
Stephen Wright