IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA



FILED
MAY 1 3 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

STEPHEN CHRISTOPHER WRIGHT, )
)
      Plaintiff, )
)
v. ) Case No. CIV-20-287-JD
)
State of Oklahoma )
)
)
      Defendant, )

## Plaintiff's Motion for Alternative Service

1. The Plaintiff respectfully moves this court to serve the Defendant.
2. The Plaintiff has been found to be unable to pay court costs and fees.
3. The Plaintiff prays this court will order alternative service.

The statements on this documents are true to the best of my knowledge

_____
Stephen Wright