AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Stephen Christopher Wright
*Plaintiff*

v.    Civil Action No. CIV-20-287-JD

The State of Oklahoma
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Attorney General
313 NE 21st
OKC, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen Wright
6520 NW 22nd St
Bethany, OK 73008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:                                        *Signature of Clerk or Deputy Clerk*



SUMMONS ISSUED:
2:45 pm, Jun 11, 2020
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk