## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHEN CHRISTOPHER WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-00287-JD |
| | ) | |
| PAUL ZIRIAX, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Plaintiff filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B). [*See* Doc. No. 25]. Plaintiff's amendment "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). The Amended Complaint also dismissed the State of Oklahoma as a defendant in this case, which Plaintiff acknowledges in his response to the State of Oklahoma's Motion to Dismiss. [*See* Doc. No. 24 at 1 ("Plaintiff has amended pleading and as a result the State of Oklahoma is now not a party in this case.")]. Thus, based on the Amended Complaint, Plaintiff's Motion for Temporary Restraining Order ("Motion for TRO") [Doc. No. 5] seeking a restraining order against the State of Oklahoma, and the State of Oklahoma's Motion to Dismiss ("Motion to Dismiss") [Doc. No. 20] are moot.

**IT IS THEREFORE ORDERED** that the Motion for TRO [Doc. No. 5] and the Motion to Dismiss [Doc. No. 20] are **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 30th day of July 2020.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE